UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BRIAN K. ROGERS,** | ) | Criminal No. 08-193-P-S |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 25, 2009, his Recommended Decision (Docket No. 40). Defendant Brian Rogers filed his Objection to the Recommended Decision (Docket No. 42) on March 16, 2009. The Government filed its Response to this Objection (Docket No. 44) on April 2, 2009.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. The Proposed Findings of Fact within the Recommended Decision are hereby **ADOPTED.**

3. It is hereby **ORDERED** that Defendant's Motions to Suppress (Docket No. 15) is **DENIED**.

SO ORDERED.

                                           /s/ George Z. Singal
                                           United States District Judge

Dated this 23rd day of April, 2009.